# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 10, 2014

Mr. Ellis Turnage
Turnage Law Office
108 N. Pearman Avenue
P.O. Box 216
Cleveland, MS 38732

    No. 14-60238    Theresa DeGruy v. Tarence Wade, et al
                         USDC No. 4:12-CV-25

Dear Mr. Turnage,

The following pertains to your brief electronically filed on 6/9/2014.

**You must correct/add within 14 days from the date on this notice:**

- Certificate of interested persons, see 5ᵀᴴ Cɪʀ. R. 28.2.1.

- Caption on the brief does not agree with the caption of the case in compliance with Fᴇᴅ R. Aᴘᴘ. P. 32(a)(2)(C). (See attachment) **(The court only allows the use of 'et al' when the caption is voluminous).**

Once you have prepared your sufficient brief, you must email it to: **Dawn_Victoriano@ca5.uscourts.gov** for review. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Dawn D. Victoriano, Deputy Clerk
                                        504-310-7717

cc:  Mr. John Michael Coleman
     Mr. Michael Madison Taylor Jr.

**14-60238**

**THERESA DEGRUY, Administratrix of the Estate of Martha James, Deceased,**

    **Plaintiff - Appellant**

**v.**

**DR. TARENCE E. WADE; DR. DENNIS WAYNE AUST,**

    **Defendants - Appellees**