# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 07, 2014

Mr. Ellis Turnage
Turnage Law Office
108 N. Pearman Avenue
P.O. Box 216
Cleveland, MS 38732

    No. 14-60238    Theresa DeGruy v. Tarence Wade, et al
                        USDC No. 4:12-CV-25

Dear Mr. Turnage,

Your electronically filed document has been reviewed and is sufficient.

You must submit the four (4) paper copies of your record excerpts required by 5TH CIR. R. 30.1.2 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Dawn D. Victoriano, Deputy Clerk
                        504-310-7717

cc:
  Mr. John Michael Coleman
  Mr. Michael Madison Taylor Jr.